UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:24-cr-262-BJD-PDB

18 U.S.C. § 1704

TERRY GENE LEU

## INFORMATION

The United States Attorney for the Middle District of Florida charges:

### COUNT ONE
(Possession of Forged or Counterfeit Post Office Keys)

On August 25, 2021, in the Middle District of Florida, the Defendant,

TERRY GENE LEU

did knowingly possess unlawfully made, forged, and counterfeited keys suited to locks adopted by the United States Post Office on authorized receptacles for the

deposit and delivery of mail matter, with the intent to use, sell, and otherwise dispose of said keys unlawfully and improperly,

In violation of 18 U.S.C. § 1704.

ROGER B. HANDBERG
United States Attorney

By: *(signature)*
JOHN CANNIZZARO
Assistant United States Attorney

By: *(signature)*
FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division