AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) Case No. 3:24-cr-262-BJD-PDB |
| TERRY GENE LEU | ) |
| Defendant | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12-13-24

_Defendant's signature_

_Signature of defendant's attorney_

DONALD B. MAIRS
_Printed name of defendant's attorney_

_Judge's signature_

_Judge's printed name and title_

FILED - USDC - FLMD - JAX
DEC 20 2024 PM 1:45